IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00206-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WILLIAM BRYAN HILL, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's letter motion [DE-315]. In his motion, Defendant requests that the court amend his Judgment to reflect that his sentence was 121 months. Additionally, Defendant states that the Bureau of Prisons is refusing to give him credit for the "jail time" he was awarded.

A review of the court's docket sheet reveals that it erroneously states that Defendant was sentenced to 121 months. As the Judgment and the sentencing transcript accurately reflect, Defendant was sentenced to 137 months. *See* Judgment [DE-259] at 2; Nov. 3, 2015 Tr. [DE-314] 11:4. Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Clerk is DIRECTED to correct the docket sheet.

The court will now address Defendant's contention that the Bureau of Prisons is refusing to give him credit for the jail time. The sentencing transcript reflects that the following transpired:

> Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 131 - - 137 months.
> Such sentence is not a departure, but, rather, it's adjusted to give the defendant credit for 14 months imprisonment already served on an undischarged term of imprisonment imposed by the State of North Carolina on September 3rd, 2014.
> The court recommends the Bureau of Prisons designate the North Carolina

Department of Correction, specifically Pender Correctional Institution, to be the place of service of this sentence, making this sentence concurrent with the Defendant's imprisonment pursuant to the judgement in Johnston County, North Carolina, 13-CRS-57506.

*See* Nov. 3, 2015 Tr. [DE-314] 11:1-11:15. The court intended to sentence Defendant to the middle of the guideline range, 151 months, and give him credit for fourteen months of imprisonment already served on a judgment imposed by the State of North Carolina on September 3, 2014. Consequently, Defendant has already been given credit for the jail time.

In light of the foregoing, Defendant's letter motion [DE-315] is DENIED.

SO ORDERED.

This, the 11th day of August, 2016.

*signature: James C. Fox*

JAMES C. FOX
Senior United States District Judge