IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00206-F-3
No. 5:16-CV-00852-F

| | | |
|---|---|---|
| WILLIAM BRYAN HILL, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

The motion [DE-317] William Bryan Hill filed to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, received on October 14, 2016, does not substantially follow the form appended to the Rules Governing Section 2255 Proceedings, and therefore, it is not in compliance with Rule 2(c) of the Rules Governing Section 2255 Proceedings and Local Civil Rule 81.2 of this court. The Clerk is DIRECTED to send a copy of the current form to Hill. Hill must complete the form in its entirety, sign it under penalty of perjury (or a person authorized by Hill, such as an attorney, may sign it) and file the original with the Clerk of this court.

**Hill is DIRECTED to return the form, in accordance with these instructions, within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action or the striking of the motion.**

Send the original of the completed § 2255 form to the following[1]:

> Clerk of Court
> United States District Court, E.D.N.C.
> ATTN: Prisoner Litigation Division
> P.O. Box 25670
> Raleigh, North Carolina 27611

---

[1] A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

Hill is advised that his memorandum will be attached to his completed § 2255 form when it is filed.

SO ORDERED.

This __14__ day of October, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE